IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Ronnie Darnell Jones, | ) | C.A. No. 3:05-1715-TLW-JRM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Robert Daly, Director, | ) | |
| Anderson County Detention Center; and | ) | |
| FNU Roundtree, Head Nurse, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The *pro se* plaintiff brought this action seeking relief pursuant to Title 42, United States Code, Section 1983.  On October 5, 2005, defendants filed a motion for summary judgment.  (Doc. # 14).  Pursuant to <u>Roseboro v. Garrison</u>, 528 F.2d 309 (4th Cir. 1975), the plaintiff was advised by Order dated November 9, 2005 of the summary judgment procedure and the possible consequences if he failed to respond adequately.  (Doc. # 16).  Despite this explanation, the plaintiff elected not to respond to the defendants' motion for summary judgment.

Because the plaintiff is proceeding *pro se*, the Court filed another Order on December 30, 2005, giving the plaintiff an additional fifteen days in which to advise the Court whether he wished to continue to prosecute this action.  (Doc. # 17).  This Order specifically advised plaintiff that if he failed to respond, a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rules of Civil Procedure Rule 41(b) would be made.  Again, the plaintiff elected not to respond.

This matter is now before the Court upon the Magistrate Judge's recommendation that this

1

action be dismissed for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (Doc. # 18). The Report was filed on January 20, 2006. No objections have been filed by either party.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 18), and this action is dismissed for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

s/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

April 6, 2006
Florence, South Carolina